FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0120

IN THE INTEREST OF M.N.M., A CHILD

§
§
§
§
§
§
§

Kaufman County,

5th District.

**March 20, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**August 7, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 7th day of August, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk